### Tommie LIGHT v. STATE.
No. 17501.

Court of Criminal Appeals of Texas.
April 10, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, five years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

### Ovid MATHIS v. STATE.
No. 17540.

Court of Criminal Appeals of Texas.
April 24, 1935.

Fred Harris, of Dallas, and Shields I. Cornett, of Linden, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery with firearms; penalty assessed at confinement in the penitentiary for thirty years.

The indictment appears regular and properly presented. The facts heard before the trial court are not brought up for review. In the motion for new trial are some criticisms of the rulings of the court. None of the complaints mentioned are based upon bills of exception taken at the time of the trial, but simply appear in the motion. The motion is controverted by an affidavit in behalf of the state. Moreover, appraisement of the matters complained of would not be practicable in view of the fact that the evidence heard before the trial judge is not brought up for review. The judgment fails to take note of the Indeterminate Sentence Law (Vernon's Ann. C. C. P. art. 775) under the terms of which the judgment will be reformed so as to condemn the appellant to confinement in the penitentiary for a period of not less than five nor more than thirty years.

As reformed, the judgment is affirmed.

### J. H. PORTER v. STATE.
No. 17668.

Court of Criminal Appeals of Texas.
April 24, 1935.

Mel Janes, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for swindling; punishment being three years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute his appeal, and upon his request the appeal is dismissed.

### Ed SAENZ v. STATE.
No. 17519.

Court of Criminal Appeals of Texas.
April 17, 1935.

J. A. Moyer, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, eight years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.